## JOSEPH LA MERE v. RAILWAY TRANSFER COMPANY.[2]

May 8, 1914.

Nos. 18,803—(279).

After the former appeal (see page 159, supra) judgment was entered in the

[1] Reported in 147 N. W. 104.        [2] Reported in 147 N. W. 1134.

district court in favor of plaintiff. From that judgment, defendant appealed. Affirmed.

*W. H. Bremner* and *F. M. Miner,* for appellant.

*Samuel A. Anderson,* for respondent.

PER CURIAM.

This is an action for personal injuries. There was a verdict for the plaintiff. Judgment was entered upon the verdict. The defendant appeals from the judgment.

The questions presented are those presented in La Mere v. Railway Transfer Co. supra, p. 159, 145 N. W. 1068, and the decision upon the appeal in that case controls this.

Judgment affirmed.